IN THE UNITED STATES DITRICT COURT
FOR THE DISTRCIT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE
2025 AUG -1 AM 11: 39
U.S. DISTRICT COURT
DISTRICT OF MASS.

Gary DeBenedetto, Plaintiff ,
    vs.
William Marshall ,Director B.O.P. and
Freddie Bowers, Warden ,FMC Devens Defendants.

Complaint : Violation of Constitutional Rights,
Pursuant to BIVENS VS. Six Unkown Named Agents of the
Fed. Bureau of Narcotics, 403 U.S. 388, 29 L Ed.2d617,91
S.Ct, 1999 (1971).

In my case we shall note that the Plaintiff was harshly , physically held in various B.O.P. Prisons(which are operated by Defendant William Marshall director of the B.O.P.)for the last TEN (10 ) YEARS with no finding of innocence or guilt and with no trial, and with no sentence and with no charges and that this directly violated the provisions of the Fifth Amendment of the United States Constitution's Due Process CLAUSE.

"The DUE PROCESS CLAUSE of the Fifth Amendmentreuires the Government to provide due process of law BEFORE it deprives anyone of life, LIBERTY, or property," <u>Department of State et al. Petitioners vs. Sandra Munoz , et al. 602 U.S. 144 S.Ct. 219 LEd.2d 507, 2024 U.S. LEXIS 2716,</u> And See U.S.C.A 5.

    The USA or the AUSA argues that I am merely "fighting a civil commitment," but such a statement is utterly deceptive and false. The statement is untrue, Plaintiff is notcivilly committed anywhere.

    The Plaintiff was taken to F.M.C. Butner on July 28 th 2014 pursuant to an Order under 12-CR-199 in July 2014" for an evaluation." But the court dismissed the charges on 8/13/14 leaving the Plaintiff in the prison without charges , a trial, a finding of innocence or guilt or a legal sentence violating his Constitutional Rights under the Fifth Amendment Right to due process of law.

    While being thusly held at the Defendant's Prison ,inside Solitary Confinement , without a hearing and with no trial and no finding of innocence or guilt and with nolegal sentence and with NO CHARGES in violation of the COnstitution's Fifth Amendment rights EDNC held the

"hearing "; this hearing was to determine if the State Hospital would accept the Plaintiff to be civilly committed but the Everitt McKinley Derksen U.S. Courthouse had, on August 13,2014 See 12-CR-199,DE#120, dismissed the Plaintiff's charges and indictments making the incarceration by the prison unconstitutional, as the need for due process of law had incurred then, "The DUE PROCESS CLAUSE of the Fifth Amendment REQUIRES THE Government to provide due process of law BEFORE it deprives anyone of life,LIBERTY,or property," DEPARTMENT OF STATE et al. PETITIONERS vs. SANDRA MUNOZ, et al.,602 U.S. 144 S.Ct.219 LEd.2d 507, 2024, U.S.LEXIS 2716 and U.S.C.A.5.

In my case we shall note that prior to any trial and prior to any finding of innocence or guilt and with NO sentence the court sent the Plaintiff to a federal prison with no constitutional reason. Both the AUSA and USA ( acting in place of the Attorney General) knew or ought to have known that all of the charges ,against the Plaintiff had already been dismissed. And they both knew,being court officers(incase 5:14-HC-2172-FL ) the State Hospitals had both refused the civil commitment there pursuant to 18 USC 4246.

According to the rules set forth in 18 USC 4246(d)(1) and (d)(2) , the Attorney General could have either released the plaintiff conditionally in which case the Plaintiff could have challenged it by habeas corpus ,or rleased the Plaintiff outright uncondititionally pursuant to the provisions of the United States Constitution's 5th Amendment Right to DUE PROCESS OF LAW. Without being civilly committed,the USA or the AUSA ( acting in behalf of the Attorney General ) illegally or unconstitutionally ,it is argued,subjected Plaintiff to imprisonment .

This imprisonment comes into direct conflict with the due process requirements of the Federal Constitution's Fifth Amendment belonging to the Plaintiff now today.

Accordingly , this imprisonment is not simple **pre-trial custody** being done at a county jail or some **detention center;** rather it is unconstitutional.

It violates the inviolative provisions of the United States Constitution and the Fifth amendment Right, priveledge and immunity not to be deprived of

2

not to be deprived of life, LIBERTY, or property without due process of law," DEPARTMENT OF STATE et al. Petitioners vs. SANDRA MUNOZ, et al. 602 U.S. 144 S Ct. 219 LEd.2d 507,2024 U.S.LEXIS 2716,and U.S.C.A. 5 . Being imprisoned, dispositively implies the Government had protected and provided for the due process rights, priveleges and immunities at some point for the defendant.See U.S.C.A 5.

The courts have not provided the due process rights,priveleges and immunities for the plaintiff- they have provided No charges, No trials, NO finding of innocence o r guilt and NO legal or lawful sentence and the incarceration is unconstitutional.

## PRAYER FOR RELIEF

Plaintiff would seek - for TEN (10) YEARS of punishment done in Federal Prisons and the unconstitutional physical and mental and emotional pain and sufferring endured during those TEN(10)YEARS, $3.1 Million , plus punitive damages and whatever other costs, fees, and other costs the court would care to assess and levy in this case.

Most Respectfully submitted,

Date:_____

_____

Gary DēBenedetto
Reg. No.47065-039
FMC Devens
P.O.Box 879
Ayer,MA.01432